**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03245-AP

ROBERT M. KONGSBERG, II,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

    Michael W. Seckar
    402 W. 12th Street
    Pueblo, CO 81003
    Telephone: (719) 543-8636
    Email: seckarlaw@mindspring.com

For Defendant:

    Meghan Frei Berglind
    Social Security Administration, Office of the General Counsel
    1001 17th Street
    Denver, CO 80202
    Telephone: (303) 844-2544
    Email: meghan.berglind@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.   **DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed: December 13, 2012

    B.   Date Complaint Was Served on U.S. Attorney's Office: February 14, 2013

    C.   Date Answer and Administrative Record Were Filed: April 15, 2013

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.   **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

    A.   Plaintiff's Opening Brief Due: **June 14, 2013**

    B.   Defendant's Response Brief Due: **July 15, 2013**

    C.   Plaintiff's Reply Brief (If Any) Due: **July 30, 213**

9.   **STATEMENTS REGARDING ORAL ARGUMENT**

    A.   Plaintiff's Statement: Plaintiff does not request oral argument.

    B.   Defendant's Statement: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Indicate below the parties' consent choice.

A.    (  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 7th day of May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge

APPROVED:

| | |
|---|---|
| *s/Michael W. Seckar* | JOHN F. WALSH |
| MICHAEL W. SECKAR | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | J. BENEDICT GARCÍA |
| Telephone: (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | United States Attorney's Office |
| | District of Colorado |
| Attorney for Plaintiff | |
| | */s/ Meghan Frei Berglind* |
| | MEGHAN FREI BERGLIND |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th Street |
| | Denver, CO  80202 |
| | Telephone: (303) 844-2544 |
| | meghan.berglind@ssa.gov |
| | |
| | Attorneys for Defendant |