**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-03245-WJM

ROBERT M. KONGSBERG, II,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

     Defendant.

---

FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order

Remanding Case, entered by the Honorable William J. Martínez, United States District

Judge, on March 3, 2014,

     IT IS ORDERED that the Commissioner's denial of benefits is VACATED and this

case is REMANDED for further proceedings.

     Dated at Denver, Colorado this  3rd  day of March 2014.


                             BY THE COURT:
                             JEFFREY P. COLWELL, CLERK


                             By:    s/Deborah A. Hansen
                             Deborah A. Hansen, Deputy Clerk