IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.:   12-cv-3245-WJM

ROBERT M. KONGSBERG, II,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATION FOR FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter before the Court on the parties' Stipulation for Fees Under the Equal Access to Justice Act (EAJA) (ECF No. 24). The Court being fully advised in the premises hereby ORDERS as follows:

The parties' Stipulation is GRANTED. Pursuant to the Stipulation, Defendant shall pay a total of $4,750.00 in attorney's fees under the Equal Access to Justice Act (EAJA), payable to Plaintiff and delivered to Plaintiff's attorney.

Dated this 8th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge